TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ABRAHAM C. MELTZER
Assistant United States Attorney
Chief, Civil Fraud Section
ROSS M. CUFF, AUSA
Deputy Chief, Civil Fraud Section
KAREN Y. PAIK (Cal. Bar No. 288851)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.8561 | F: 213.894.7819
    Email: Karen.Paik@usdoj.gov

Attorneys for the United States of America

JS-6

FILED
CLERK, U.S. DISTRICT COURT
7/23/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____KD____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; AND THE STATE OF CALIFORNIA, *ex rel.* **[UNDER SEAL]**,<br><br>          Plaintiff[s],<br><br>          v.<br><br>**[UNDER SEAL]**,<br><br>          Defendant[s]. | No. SA CV 21-00584-DOC (KESx)<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED CONCURRENTLY UNDER SEAL: RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT; STIPULATION RE UNSEALING OF CASE] |

1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS, AUSA
   Chief, Civil Division
3  ABRAHAM C. MELTZER
   Assistant United States Attorney
4  Chief, Civil Fraud Section
   ROSS M. CUFF, AUSA
5  Deputy Chief, Civil Fraud Section
   KAREN Y. PAIK (Cal. Bar No. 288851)
6  Assistant United States Attorney
7       Room 7516, Federal Building
        300 N. Los Angeles Street
8       Los Angeles, California 90012
        T: 213.894.8561 | F: 213.894.7819
9       Email: Karen.Paik@usdoj.gov

10 Attorneys for the United States of America

11                    UNITED STATES DISTRICT COURT

12                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

| UNITED STATES OF AMERICA; AND THE STATE OF CALIFORNIA, *ex rel.* ADRIAN ERIC RAMOS, M.D., | ) ) ) ) ) | No. CV 21-00584-DOC (KESx) |
|---|---|---|
| Plaintiffs, | ) ) ) | **ORDER TO DISMISS ACTION AND TO UNSEAL CASE** |
| v. | ) ) ) | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| MEMORIAL HEALTH SERVICES d/b/a MEMORIALCARE, | ) ) ) | |
| Defendants. | ) ) ) ) ) ) ) | [FILED CONCURRENTLY UNDER SEAL: RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT; STIPULATION RE UNSEALING OF CASE] |

*Qui tam* plaintiff Adrian Eric Ramos, M.D. (the "Relator") having requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-captioned action ("this action") be dismissed without prejudice; the United States of America ("United States") and the State of California having consented, in the interests of justice, to such dismissal without prejudice; and the Relator, the United States, and the State of California having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice.

2. The seal is lifted from this action in all respects, except as specified in Paragraph 4 below.

3. Of the documents filed and lodged to date in this action, the following documents only shall be unsealed:

   a. The Relator's Complaint;

   b. The Relator's Request for Dismissal of Action; United States' and State of California's Consent; Stipulation re Unsealing of Case; and

   c. This Order.

4. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

Dated: July 23, 2021

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

<u>PROOF OF SERVICE BY E-MAIL</u>

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

I served the [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CASE on each person or entity named below by e-mail.

Date of e-mailing: July 23, 2021. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

| ndesai@lchb.com<br>Nimish R. Desai<br>Robert J. Nelson<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Fl.<br>San Francisco, CA 94111-3339 | Elizabeth.Voorhies@doj.ca.gov<br>Elizabeth Voorhies<br>State of California<br>Office of the Attorney General,<br>1615 Murray Canyon Rd Ste 700<br>San Diego, CA 92108-4321 |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2021, at Los Angeles, California.

_____
CONNIE HOM